**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
**CIVIL ACTION NO. 4:13CV-P130-M**

**DERRICUS DEQUAN GILBERT**                                                           **PLAINTIFF**

**v.**

**DR. EVERSON**                                                                              **DEFENDANT**

**MEMORANDUM OPINION**

Plaintiff Derricus Dequan Gilbert initiated this civil action under 42 U.S.C. § 1983.

Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his

current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must

provide written notice of a change of address to the Clerk and to the opposing party or the

opposing party's counsel. Failure to notify the Clerk of an address change may result in the

dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a mailing to Plaintiff on April 29, 2014. That mailing was

returned by the United States Postal Service on May 16, 2014, marked "Return to Sender, Not

Deliverable As Addressed, Unable to Forward." Plaintiff has not advised the Court of a change

of address. Therefore, neither notices from the Court nor filings by Defendant in this action can

be served on Plaintiff. In such situations, courts have an inherent power "acting on their own

initiative, to clear their calendars of cases that have remained dormant because of the inaction or

dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this

case, the Court will dismiss the case by separate Order.

Date:  May 27, 2014

cc:  Plaintiff, *pro se*
     Daviess County Attorney
4414.010

                                        **Joseph H. McKinley, Jr., Chief Judge**
                                        **United States District Court**